HARRY L. WILLIAMSON, Appellant, *v.* CHARLES H. BADEAU, as President of the CONSOLIDATED STOCK AND PETROLEUM EXCHANGE OF NEW YORK, Respondent.

*Williamson* v. *Badeau*, 132 App. Div. 924, affirmed.
(Argued October 14, 1910; decided October 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1909, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to secure reinstatement as a member of the Consolidated Stock and Petroleum Exchange.

*Flamen B. Candler* and *Robert W. Candler* for appellant.

*William V. Rowe* and *Hjalmar H. Boyesen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

FRANK L. PERLEY, Appellant, *v.* LEE SHUBERT, Respondent.

(Submitted October 24, 1910; decided October 28, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 199 N. Y. 544.)